**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: July 06, 2010**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.** 10-10260-CAG |
| **ANNIE RUTH PERKINS** | |
| **DEBTOR** | **CHAPTER 13** |

### ORDER DISMISSING CASE

   On this day came on to be considered the Trustee's Motion to Dismiss, and it appearing to the Court that due notice has been given to parties in interest; and that there is no opposition to the dismissal of the case, it is therefore **ORDERED** that the above-referenced case be and hereby is in all things **DISMISSED**.

   It is **FURTHER ORDERED** that the Trustee be discharged and relieved of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

### ###